**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Awale H. Farah,                                        Civil No. 16-3158 (DWF/SER)

               Petitioner,

v.                                                **ORDER ADOPTING REPORT
                                                     AND RECOMMENDATION**

Jeff Sessions, John F. Kelley, and Thomas D.
Homan,

               Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated April 24, 2017. (Doc. No. 13.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.      Magistrate Judge Steven E. Rau's April 24, 2017 Report and Recommendation (Doc. No. [13]) is **ADOPTED**.

2.      Awale H. Farah's ("Farah") Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. [1]) is **DENIED AS MOOT**.

3.      Farah's request for attorney's fees is **DENIED**.

4.      This action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 22, 2017         s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge